RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Defendant Jeremy Nichols

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:25-mj-00123-DJA |
| Plaintiff, | **Motion to Seal** |
| v. | |
| Jeremy Nichols, | |
| Defendant. | |

Mr. Nichols pleaded guilty pursuant to a plea agreement to one count of simple assault, a misdemeanor. (ECF No. 5.)

He was sentenced to a one-year term of unsupervised probation with the following special conditions:

- Pay a $500 fine;

- Participate in status checks with the Court;

- Participate in counseling; and

- Must not violate any local, state, or federal laws.

(*Id.*)

The Court ordered "that defense counsel shall provide a status report from a health care provider or counselor whether any treatment remains prior to the hearing date." (ECF No. 14.)

Mr. Nichols seeks leave to file the status report under seal because it contains personal, confidential medical information.

While public access to judicial filings and documents is favored, *see Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978), a party may have a judicial record sealed by demonstrating "compelling reasons" that outweigh the public policy favoring disclosure, including that the records may be used improperly, *see Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Accordingly, Mr. Nichols respectfully requests that the Court grant him leave to file Exhibit A to this motion (filed in response to the Court's order at ECF No. 14) under seal. A copy of Exhibit A was provided to the government on Friday, May 29, 2026.

Dated: June 3, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*
Rick A. Mula
Assistant Federal Public Defender

Dated: 6/03/2026          IT IS SO ORDERED.

_____
U.S. Magistrate Judge

2