RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Defendant Jeremy Nichols

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America, | Case No. 2:25-mj-00123-DJA |
|---|---|
| Plaintiff, | **Stipulation and Proposed Order** |
| v. | |
| Jeremy Nichols, | |
| Defendant. | |

Mr. Nichols pleaded guilty pursuant to a plea agreement to one count of simple assault, a misdemeanor. (ECF No. 5.)

He was sentenced on May 15, 2025, to a one-year term of unsupervised probation with the following special conditions:

- Pay a $500 fine;

- Participate in status checks with the Court;

- Participate in counseling; and

- Must not violate any local, state, or federal laws.

(*Id.*)

Mr. Nichols now has completed all conditions of unsupervised probation. Accordingly, the parties agree and stipulate that the statute conference set for June 4, 2026, at 10:30 AM can be vacated.

Dated: June 3, 2026

Respectfully submitted,

Rene L. Valladares                    Sigal Chattah
Federal Public Defender               First Assistant United States Attorney

*/s/ Rick A. Mula*                    */s/ Melinda Brewer*
Rick A. Mula                          Melinda Brewer
Assistant Federal Public Defender     Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:25-mj-00123-DJA |
| Plaintiff, | **Order** |
| v. | |
| Jeremy Nichols, | |
| Defendant. | |

The Court finds that Mr. Nichols has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for June 4, 2026, at 10:30 AM is vacated.

DATED this 3rd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3